160

In the Matter of the Application of HANAHULI ASSOCIA-
TION, LIMITED to register title to real property situate
at Hana, Maui, State of Hawaii

NOS. 5499 & 5500

FEBRUARY 19, 1975

RICHARDSON, C.J., OGATA AND MENOR, JJ.,
CIRCUIT JUDGE FONG in place of KOBAYASHI, J.,
disqualified, and CIRCUIT JUDGE KATO
assigned by reason of vacancy

*Per Curiam.* The land court properly held that the relevant
seaward boundaries of appellee Hanahuli's land under dis-
pute are located at the intersection of the shore and the upper
reaches of the wash of the waves.

The phrase "highwater mark at seashore" used in
Hanahuli's applications' description and in the land court's
decrees should, of course, be understood to refer to the upper
reaches of the wash of the waves. *County of Hawaii
v. Sotomura,* 55 Haw. 176, 517 P.2d 57 (1973), *In re Ap-
plication of Ashford,* 50 Haw. 314, 440 P.2d 76 (1968).

We affirm the judgments of the land court.

*Andrew S. O. Lee* and *Edwin P. Watson,* Deputies Attor-
ney General, *George Pai,* Attorney General (with them on the
briefs) for respondent-appellant.

*Robert B. Bunn* and *Donald E. Searce (Cades Schutte
Fleming* and *Wright* of counsel) for applicant-appellee.